```
PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CASB 314717)
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (510) 970-4829
       Facsimile: (415) 744-0134
       E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLY JEAN EADES,<br><br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | CIVIL NO. 2:21-cv-02311-KJN<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. to Remand; 2:21-cv-02311-KJN

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: May 27, 2022      LAW OFFICES OF FRANCESCO BENAVIDES

*/s/ Francesco Paulo Benavides*
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

Dated: May 27, 2022      PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: June 1, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

eade.2311

Stip. to Remand; 2:21-cv-02311-KJN